STATE

v.

**Thomas Charles ANTHONY.**

**No. 82–501–M.P.**

Supreme Court of Rhode Island.

Nov. 19, 1982.

John Edward Farley, Chief Legal Counsel, Department for Children and Their Families, Providence, for petitioner.

William F. Reilly, Public Defender, Janice M. Weisfeld, Asst. Public Defender, for respondent.

### ORDER

The petition for writ of certiorari and petitioner's motion for stay are hereby denied.

MURRAY, J., did not participate.